# EXHIBIT B

**FIRST AMENDMENT**
to the
**Production and Management Agreement**

This First Amendment to the Production and Management Agreement ("First Amendment") made by and between Haley Gosserand ("Gosserand") and Charles Roane ("Roane") (collectively referred to herein as the "Parties" or individually as a "Party") shall be effective as of February 28, 2024 ("Effective Date").

The Parties agree to amend the Production and Management Agreement between Gosserand and Roane dated December 9, 2022 concerning the provision of production and management services of Roane to Gosserand (the "Agreement").

The following terms of the Agreement are amended as follows:

1. **The Shopping Period of the Agreement shall be extended to run until the earlier of:**

   (a) February 28, 2026; or

   (b) upon the date of execution of the Recording Agreement.

All other portions of the terms and conditions of the Agreement shall remain in full force and effect.

This First Amendment may be executed in counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

IN WITNESS WHEREOF, the Parties have executed this First Amendment as of the Effective Date provided above.

Charles R

Charles Roane                                          Haley Gosserand