# EXHIBIT C

# SECIOND AMENDMENT
## to the
## Production and Management Agreement

This Second Amendment to the Production and Management Agreement ("Second Amendment") made by and between Haley Gosserand ("Gosserand") and Charles Roane ("Roane") (collectively referred to herein as the "Parties" or individually as a "Party") shall be effective as of July 15, 2024 ("Effective Date").

WHEREAS, the Parties entered into an agreement regarding production and management services dated December 9, 2022 (the "Production and Management Agreement");

WHEREAS, the Parties amended the Production and Management Agreement effective February 28, 2024 ("First Amendment");

WHEREAS, Gosserand has recently advised Roane that she has entered into an agreement for participation in a reality television show necessitating a further extension of the "Production and Management Agreement; and

WHEREAS, the Parties hereby agree to further extend Roane's performance date to avoid any conflicts presented by the filming of the reality television show and ensure Roane's ability to perform his obligations thereunder.

The following terms of the Agreement are amended as follows:

1. **The Shopping Period of the Agreement shall be extended to:**

    (a) December 31, 2026.

This Second Amendment may be executed in counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

IN WITNESS WHEREOF, the Parties have executed this First Amendment as of the Effective Date provided above.

_____*Charles Roane*_____  
Charles Roane

_____*Haley Gosserand*_____  
Haley Gosserand