# EXHIBIT J

        

Home | My Network | Jobs | Messaging | Notifications 25 | Me ▾ | For Business ▾ | Retry for $



## Eric Tomosunas 🛡 · 2nd

Swirl Films Swirl Distribution FearPix BigBoi AirFryer


- Swirl Films


- University of North Carolina at Wilmington

Atlanta, Georgia, United States · Contact info

500+ connections

  James L. Walker, Jr. and Endi Piper are mutual connections

[ ➕ Connect ]  [ Message ]  [ More ]

---

### Activity

2,855 followers

**Eric hasn't posted yet**
Recent posts Eric shares will be displayed here.

Show all activity →

---

### Experience


**Film & TV Producer**
Swirl Films


**CEO / PRODUCER**
Swirl Films
Jan 1999 - Present · 26 yrs 6 mos
Atlanta Los Angeles Wilmington

America's #1 Urban Production Company

---

### Education


**University of North Carolina Wilmington**
Communication and Media Studies

---

### Skills

**Video Production**

 Endorsed by Kenny Ray Powell who is highly skilled at this

13 endorsements



**Film Production**

Endorsed by Kenny Ray Powell who is highly skilled at this

Endorsed by 2 colleagues at Swirl Films

15 endorsements

Show all 10 skills →

## Interests

**Top Voices**  Companies  Groups  Newsletters  Schools

**Mark Cuban** in · 3rd
President
8,053,287 followers

+ Follow

Promoted ···

**Sell on Amazon**
Dayna C., keep up with the latest insights
from Sell on Amazon

Stay informed on industry news and trends

Robert L. & 1 other connection also
follow

Follow

## More profiles for you

**Jeremiah Bennett** ✓ · 2nd
Movie and Television Producer

Connect

**Errol Sadler** ✓ · 2nd
Film Producer @ TYCOR INTERNATIONAL FILM COMPANY

+ Follow

**Jay Allen** · 2nd
Visionary Content Producer

+ Follow

**Julia Lucas** · 3rd
VP, Production and Content Services

Message

**Michael Steven Robbins** ✓ · 2nd
Executive Film Producer, Entrepreneur and Angel Investor

+ Follow

Show all

## Explore Premium profiles

 **Matthew DeGioia, Esq.** · 2nd
Founder of DeGioia Law, PLLC | Disability Benefits and Estate Planning in VA, MD, DC

[ Connect ]

 **Glen McMurry** · 3rd
Business Litigation Partner at Taft Stettinius & Hollister, LLP

[ Message ]

 **Raymond Vanderhyden** · 2nd
Senior Counsel

[ Connect ]

 **Mark Senter** · 3rd
Shareholder-Adkerson, Hauder & Bezney, P.C./Mediator-Gilbert Mediation Group

[ Message ]

---

**People you may know**
From Eric's industry

 **Sabrina Newton**
Contract Administrator at Universal Creative

[ Connect ]

 **David Modzeleski**
Senior Vice President & Head of Global Intellectual Property

[ Connect ]

 **Michelle Hylton**
SVP, Legal, Head of Global Ethics & Compliance at Warner Bros. Discovery

[ Connect ]

 **Alexa Verveer**
Executive Vice President, Global Government Affairs and Public Policy at Warner Bros. Discovery

[ Connect ]

 **Kandyce Hall**
Entertainment Attorney

[ Connect ]

Show all

---

**You might like**
Pages for you

 **United States Attorneys' Offices**
Law Enforcement
135,763 followers

 19 connections follow this page

