UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

CHARLES ROANE

Plaintiff(s)

- v -

A&E TELEVISION NETWORKS, LLC, SWIRL FILMS, LLC and JOHN DOES 1-10

Defendant(s)
_____

**RULE 7.1 STATEMENT**

1:25-cv-05286
_____
Case Number

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

A&E Television Networks, LLC

(a private non-governmental party or intervenor) certifies the following:

**Part I**

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor. If there are no such corporations, the form shall so state.

A&E Television Networks, LLC ("AETN") is a limited liability company with interests held by five entities, three of which own more than 10% of AETN: (1) Hearst Communications, Inc., the ultimate parent of which is The Hearst Corporation, which is not publicly traded; (2) Hearst Holdings, Inc., the ultimate parent of which is The Hearst Corporation, which is not publicly traded; and (3) Disney/ABC International Television, Inc., whose ultimate parent company is The Walt Disney Company, which is publicly traded. AETN does not own 10% or more of the outstanding shares of any publicly owned company.

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

AETN is a Delaware LLC, with its principal place of business in New York, and with interests held by 5 entities:
(1) Hearst Communications, Inc. is a Delaware corporation with its principal place of business in New York, the direct or indirect parent of which is The Hearst Corporation, which is not publicly traded. The Hearst Corporation is a Delaware corporation, with its principal place of business in New York.
(2) Hearst Holdings, Inc. is a Delaware corporation with its principal place of business in New York, the direct or indirect parent of which is The Hearst Corporation.
(3) Disney/ABC International Television, Inc. is a Delaware corporation with its principal place of business in California, whose ultimate parent company is The Walt Disney Company, which is publicly traded. The Walt Disney Company is a Delaware corporation, with its principal place of business in California.
(4) Hearst LT, Inc. is a Delaware corporation with its principal place of business in New York, the direct or indirect parent of which is The Hearst Corporation.
(5) Cable LT Holdings, Inc. is a Delaware corporation with its principal place of business in California, the ultimate parent of which is The Walt Disney Company.

6/25/25
Date

/s/ Rachel Strom
Signature of Attorney

RS9666
Attorney Bar Code

Note – This form is required to be filed when the action is filed in, or removed to, federal court, and when any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a).

Form Rule7_1.pdf  SDNY Web 12/2022

RESET    PRINT    SAVE