UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES ROANE<br><br>    Plaintiff,<br><br>v.<br><br>A&E TELEVISION NETWORKS, LLC, SWIRL FILMS, LLC, and JOHN DOES 1-10<br><br>    Defendants. | Case No: 1:25-cv-5286 |

### [PROPOSED] ORDER TO SHOW CAUSE FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Upon the annexed Declaration of Dayna C. Cooper dated June 24, 2025, the Memorandum of Law in Support of Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction, and the exhibits attached thereto, and upon all prior pleadings and proceedings in this action:

**IT IS HEREBY ORDERED** that Defendants A&E Television Networks, LLC ("A&E"), Swirl Films, LLC ("Swirl"), and John Does 1–10, and all persons acting in concert or participation with them, shall appear and **SHOW CAUSE** before this Court, at Room 12C of the United States Courthouse, located at 500 Pearl Street, New York, New York, on the 27th day of June 2025, at 2:00 p.m. a.m./p.m., or as soon thereafter as counsel may be heard, why an Order should not be entered pursuant to Rule 65 of the Federal Rules of Civil Procedure:

1. Preliminarily enjoining Defendants, and all those acting in concert or privity with them, from broadcasting, distributing, promoting, advertising, licensing, or otherwise disseminating the Lifetime film *Pretty Hurts*, or any portion thereof containing the image, likeness, voice, or performance of Haley Gosserand, without the prior written approval of Plaintiff; and

2. Granting such other and further relief as this Court deems just and proper.

**IT IS FURTHER ORDERED** that, pending the hearing and determination of this application for a preliminary injunction, Defendants and all persons acting in concert with them are: ~~[struck through]~~

- **Temporarily restrained** from broadcasting, distributing, or otherwise publicly releasing *Pretty Hurts*, including but not limited to any performances, appearances, or depictions of Haley Gosserand, in any medium or platform.

- **Temporarily restrained** from using or exploiting Ms. Gosserand's image, likeness, name, or voice for trade or commercial purposes, including promotion or publicity of *Pretty Hurts*, without Plaintiff's express written consent.

**IT IS FURTHER ORDERED** that service of this Order, together with the supporting papers, upon Defendants on or before the 26th day of June 2025, by electronic mail and/or overnight courier, shall be deemed sufficient. [on ECF]

**IT IS FURTHER ORDERED** that Defendants' opposition papers shall be served by ___, and [June 27th, 2025 at 8:00 a.m.] Plaintiff's reply, if any, shall be served by [June 27, 2025 at 12:00 p.m.].

~~**IT IS FURTHER ORDERED** that no security bond shall be required pursuant to Fed. R. Civ. P. 65(c) in light of the equitable nature of the relief and Defendants' failure to present any evidence of hardship.~~

SO ORDERED.

Dated: New York, New York
This 25th day of June, 2025

_____
United States District/Magistrate Judge