UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
CHARLES ROANE,

                *Plaintiff*,

        - against -

A&E TELEVISION NETWORKS, LLC,
SWIRL FILMS, LLC, and JOHN DOES 1-10,

                *Defendants*.

------------------------------------------------------------- x

Case No. 1:25-cv-05286

## DECLARATION OF RACHEL STROM

I, Rachel Strom, declare as follows:

    1.    I am a partner in the law firm of Davis Wright Tremaine LLP, attorneys for Defendants A&E Television Networks, LLC and Swirl Films, LLC in the above-captioned action. I submit this declaration in support of Defendants' opposition to Plaintiff Charles Roane's request for a temporary restraining order and preliminary injunction.

    2.    Attached as Exhibit 1 is a true and correct copy of an order entered in the New York Supreme Court First Department Appellate Division in *Morrissey v. A&E Television Networks, LLC et al.*, Case No. 2024-01107, on February 23, 2024. The order vacated a temporary restraining order signed ex parte by the lower court on February 22, 2024, holding that that temporary restraint on the dissemination of the film at issue was "an impermissible prior restraint on speech that violates the First Amendment of the U.S. Constitution."

    3.    Attached as Exhibit 2 is a true and correct copy of the transcript of proceedings held in *Brown et al. v. TV One, LLC et al.*, Case No. 1:17-cv-06824 (S.D.N.Y.) on October 5, 2017 before the Honorable Analisa Torres of the United States District Court for the Southern District of New York, who denied the plaintiffs' request to enjoin the promotion and distribution

of a film. According to the docket in that matter, Swirl Recording & Film, Inc., d/b/a Swirl Films, Inc. was one of the defendants in *Brown v. TV One, LLC*.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

Executed this 26th day of June, 2025.

_____
Rachel Strom