# Exhibit 1

FILED: NEW YORK COUNTY CLERK 02/27/2024 11:55 AM
NYSCEF DOC. NO. 24
INDEX NO. 650893/2024
RECEIVED NYSCEF: 02/27/2024

Case 1:25-cv-05286-GHW    Document 28-1    Filed 06/27/25    Page 2 of 3

FILED: APPELLATE DIVISION - 1ST DEPT 02/23/2024 03:04 PM
FILED: APPELLATE DIVISION - 1ST DEPT 02/23/2024 09:35 AM
NYSCEF DOC. NO. 3
2024-01107
2024-01107
RECEIVED NYSCEF: 02/23/2024
RECEIVED NYSCEF: 02/23/2024

# SUMMARY STATEMENT ON APPLICATION FOR EXPEDITED SERVICE AND/OR INTERIM RELIEF

(SUBMITTED BY MOVING PARTY)

Date: February 23, 2024

Case # 2024-01107

Title of Matter: Sabrina Morrissey v. A&E Television Networks, LLC and Entertainment One Reality Productions, LLC

Index/Indict/Docket # 650893/2024

Appeal by **Defendants** from:
- Order ✓
- Judgment ☐
- Decree ☐
of:
- Supreme ✓
- Surrogate's ☐
- Family ☐

County **New York**

Court entered on 2/21, 20 24

Name of Judge: Margaret A. Chan, J.S.C.

Notice of Appeal filed on _____, 20 __

If from administrative determination, state agency _____

Nature of action or proceeding: CPLR 5704 review of ex parte order to show cause and temporary restraining order prohibiting publication of documentary and order sealing proceedings

Provisions of ✓ order / ☐ judgment / ☐ decree appealed from: Entire order and related order sealing proceeding

This application by ✓ appellant / ☐ respondent is for An order vacating or staying the temporary restraining order and order to show cause on the grounds it is an unconstitutional prior restraint on First Amendment-protected speech, and vacating the sealing orde[r]

If applying for a stay, state reason why requested: If the court does not vacate the underlying TRO, it should stay its enforcement to avoid a prior restraint

Has any undertaking been posted: Not to our knowledge    If "yes", state amount and type _____

Has application been made to court below for this relief: **No**    If "yes", state Disposition _____

Has there been any prior application here in this court _____    If "yes", state dates and nature _____

Has adversary been advised of this application: **Yes**    Does he/she consent: **No**

| Attorney for Movant | Attorney for Opposition |
|---|---|
| Name: Rachel F. Strom, Davis Wright Tremaine | Ellen V. Holloman, Cadwalader, Wickersham & Taft LLP |
| Address: 1251 Avenue of the Americas, 21st Floor | 200 Liberty Street |
| New York, NY 10020 | New York, NY 10281 |
| rachelstrom@dwt.com | ellen.holloman@cwt.com |
| Tel. No. 212-489-8230 | 212-504-6000 |
| Appearing by _____ | _____ |

(Do not write below this line)

**DISPOSITION**

This application is decided as follows. The temporary restraining order signed ex parte on February 22, 2024, that inter alia, temporarily restrains movants from disseminating the subject documentary in part or in full, is vacated as an impermissible prior restraint on speech that violates the First Amendment of the U.S. Constitution.

The court declines to vacate or stay the second ex parte order, also signed on 2/22/24, which temporarily seals the file in this action, pending the determination of Supreme Court on February 27, 2024.

Hon. Peter H. Moulton, Justice

Date: 2/23/24

Motion Date _____ Opposition _____ Reply _____

EXPEDITE _____ PHONE ATTORNEYS _____ DECISION BY _____

ALL PAPERS TO BE SERVED PERSONALLY.

_____ Court Attorney

"Revised 10/19"