# Exhibit 1

| SWIRL FILMS<br>MAIN AND END TITLES - PRETTY HURTS<br>as of 6/17/25 | | |
|---|---|---|
| **MAIN TITLES** | | **Credit Obligations** |
| CARD 1 (SHARED CARD) | A LIFETIME ORIGINAL MOVIE | |
| CARD 2 (SINGLE CARD) | BROUGHT TO YOU BY GSK | |
| CARD 3 (SINGLE CARD) | IN ASSOCIATION WITH SINGER/WHITE ENTERTAINMENT | |
| CARD 4 (SINGLE CARD) | A SWIRL FILMS PRODUCTION | |
| **CARD 5 (TITLE)** | **PRETTY HURTS** | |
| CARD 6 (SINGLE CARD) | HAYLIE DUFF | MT, Single, first position |
| CARD 7 (SINGLE CARD) | SARAH BORNE | MT, Single, No lower than third position |
| CARD 8 (SINGLE CARD) | KACI BARKER | APD |
| CARD 9 (SINGLE CARD) | CYANE GAN | APD |
| CARD 10 (SINGLE CARD) | and JON LINDSTROM | MT, Single, No lower than fourth position |
| CARD 11 - CASTING BY | Tara Feldstein Bennett, CSA<br>Chase Paris, CSA | |
| CARD 12 - COSTUME DESIGNER | Kenyatta Williams | |
| CARD 13 - PRODUCTION DESIGNER | Yajeel Brown | |
| CARD 14 - MUSIC BY | Ozzy Doniz | |
| CARD 15 - EDITED BY | Daniel Duncan | |
| CARD 16 - DIRECTOR OF PHOTOGRAPHY | Erik Van Lenten | |
| CARD 17 (SINGLE CARD) - CO-PRODUCER | David Eubanks | |
| CARD 18 (SINGLE CARD) - PRODUCED BY | Eric Tomosunas | |
| CARD 19 (SINGLE CARD) - PRODUCER | Chad Tennies | |
| CARD 20 ( SINGLE CARD) - EXECUTIVE PRODUCER | Ty Walker | |
| CARD 21 (SINGLE CARD) - EXECUTIVE PRODUCER | Sheri Singer | |
| CARD 22 - WRITTEN BY | Lydia Genner | |
| CARD 23 - DIRECTED BY | Brian Herzlinger | |

| END CREDITS | | | | | |
|---|---|---|---|---|---|
| **CARD 1** | | **CARD 2** | | **CARD 3** | |
| PRODUCTION MANAGER | TY WALKER | JULIE | HAYLIE DUFF | EXTRAS CASTING DIRECTOR | RMG CASTING |
| 1ST ASSISTANT DIRECTOR | TED CAMPBELL | LAUREN | SARAH BORNE | SCRIPT SUPERVISOR | ANDREW NUNEZ |
| 2ND ASSISTANT DIRECTOR | PAUL LINDSAY | RAE | KACI BARKER | PRODUCTION COORDINATOR | TRAEMANI HAWKINS |
| PRODUCTION SUPERVISOR | DRUSCILLA SMITH | NORA | CYANE GAN | | |
| | | BRIANNA | HAYLEY GOSSERAND | | |
| | | MADDY | HANNAH WESTERFIELD | | |
| | | MICHAEL | ANDREW SHAW | | |
| | | HELENE | RACHAEL MARKARIAN | | |
| | | IRIS | MEGAN MCFARLAND | | |
| | | DREW | MICHAEL BONINI | | |
| | | MARTIN | TERRANCE CLOWE | | |
| | | AUSTIN | SAM SNEARY | | |
| | | ROGER | JON LINDSTROM | | |
| | | JEFFERSON | JOSH DUNN | | |
| | | GWENDOLYN | DEBRA STIPE | | |
| | | MRS. DOERMAN | RACHAEL THOMPSON | | |
| | | ALICIA | CHARITY CERVANTES | | |
| | | BETH | SELENA ANDUZE | | |
| | | PA | ZACH MONTOU | | |
| | | POLICE OFFICER | ANTWAN MILLS | | |
| | | DR. MURRAY | LAURA SPENCER | | |
| | | ADDITIONAL VOICES | WOLFIE TRAUSCH | | |
| | | | ANITA KALATHARA | | |
| | | | SHAKIRA JA'NAI PAYE | | |
| | | | JESSE VILINSKY | | |
| | | | LEX LANG | | |
| **CARD 4** | | **CARD 5** | | **CARD 6** | |
| "A" CAMERA OPERATOR | ERIK VAN LENTEN | ON SET DRESSER | JULIA MAIORNA | MAKE UP DEPARTMENT HEAD | JOY PETERSON |
| "B" CAMERA OPERATOR | MARCO NAYLOR | PROPERTY MASTER | JUSTIN LUCE | KEY MAKE UP | JOURDAN LOVING |
| 1ST ASSISTANT "A" CAMERA | STERLING WIGGINS | GAFFER | BRE BOLLING | HAIR DEPARTMENT HEAD | LARRAYA BYNUM |

| | | | | | |
|---|---|---|---|---|---|
| 1ST ASSISTANT "B" CAMERA | TYLER HARRISON | BEST BOY ELECTRIC | CONNER YOUNG | KEY HAIR | BRIAN BUTLER |
| 2ND ASSISTANT "A" CAMERA | WILL PETERSON | ELECTRIC JOURNEYMEN | DEVIN BACON | ADDITIONAL MAKE UP ARTISTS | SCOOBIE WEST |
| | | | REUBEN JONES III | | JANAY FAMOUS |
| 2ND ASSISTANT "B" CAMERA | MARIE MORELL | KEY GRIP | AARON TOUPES | ADDITIONAL HAIR | TUUL TUMURBAT |
| DIGITAL UTILITY | CHAD OLIVER | | | | ROBYN MICHELE |
| | | BEST BOY GRIP | DAVID LEWIS | | |
| STILL PHOTOGRAPHER | CHRIS REEL | | | ASSISTANT COSTUME DESIGNER | KRYSTAL MARROW |
| | | GRIPS | JOSEPH LEE | | |
| SOUND MIXER | JASON SULLIVAN | | GEORGE FAUNTLEROY | KEY COSTUMES | ALEXANDRIA SCOTT |
| BOOM OPERATOR | MICHAEL SLATER | | | | |
| **CARD 7** | | **CARD 8** | | **CARD 9** | |
| HEAD OF POST PRODUCTION, SWIRL FILMS | RICH CARROLL | AUDIO POST PRODUCTION BY | JUNIPER POST, INC. | SECOND SECOND ASSISTANT DIRECTOR | TRACEY FOBBS |
| POST PRODUCTION COORDINATOR | SHANNON SETTLEMYRE | SOUND SUPERVISOR | DAVID KITCHENS, M.P.S.E. | KEY SET PRODUCTION ASSISTANT | ELIZABETH "ELI" RIVAS |
| ASSISTANT EDITOR | DIANA GREEN | SUPERVISING SOUND EDITOR | BEN ZARAI, M.P.S.E. | BASECAMP PRODUCTION ASSISTANT | TIMMY THONGKHAM |
| DIGITAL INTERMEDIATE PROVIDED BY | INTERFACELAB, INC | DIALOGUE AND ADR EDITOR | MICHAEL KREPLE | SET PRODUCTION ASSISTANTS | IAN BROWN |
| | | | | | DEMETRIO SANTAMARIA |
| DIGITAL INTERMEDIATE COLORIST | MARC BACH | SOUND DESIGN | DAVID BARBER, M.P.S.E. | | NAYA FLUKER |
| VFX | GARDOCKI DIGITAL | RE-RECORDING MIXER | DAVID BARBER, M.P.S.E. | PAGEANT GIRLS | WHITNEY EDMONDS |
| | | | | | ASHLYNN CELIA COX |
| | | FOLEY | GONZALO "BINO" ESPINOZA | | MIA ROSE SEGARS |
| | | | DAVID KITCHENS | | GILLIAN SARAH HUNTLEY |
| | | | | | AMBER IRIE |
| | | STOCK FOOTAGE PROVIDED BY | GETTY IMAGES | | |
| | | | ADOBE STOCK | CHOREOGRAPHER | RACHEAL MARKARIAN |
| | | CAPTIONING PROVIDED BY | LADB | | |
| **CARD 10** | | **CARD 11** | | **CARD 12** | |
| LOCATIONS MANAGER | TIM ROSS | TRANSPORTATION CAPTAIN | TONEY THOMAS | **FOR SWIRL FILMS** | |
| ASSISTANT LOCATIONS MANAGER | CURTIS TOWNSEND | SECURITY | MASS APPEAL SECURITY STAFFING | CHIEF FINANCIAL OFFICER | STAN FLOWERS |
| CATERER | ATL CUISINE | PRODUCTION SUPPORT | JAWAHIR AHMED | LEAD ACCOUNTANT | JEFF PRICE |
| | | | JORDAN ALEXANDER | | |
| CRAFT SERVICE KEY | JOHNATHAN MANUEL | | BARTHOLOMEW BOOTH | SAG ACCOUNTANT | DAVID EUBANKS |
| | | | DURRANN BROWN | | |
| SET MEDIC | DEBORAH DUNN | | MARTRAIL FAULK | ACCOUNTING CLERK | SIRAK ZEMIHRET |
| | | | NASHEED JONES | | |
| | | | RYDER J OWENS | | |
| | | | LILY SANDERS | PRODUCTION LEGAL SERVICES PROVIDED BY | FOR ANDERSON AND ASSOCIATES, LLC: |
| | | | TIMOTHY TILLMAN | | TIA ANDERSON, ESQ. |
| | | | | | HOSAENA MAHRAY |
| | | INTERN | HENRY WINTER | | |
| | | | | PAYROLL SERVICES PROVIDED BY | REVOLUTION PAYROLL |
| | | PAGEANT GOWNS PROVIDED BY | SHERRI HILL | | |
| | | | | PAYROLL ACCOUNTANT | KIARA GARCIA |
| | | | | **FOR LIFETIME MUSIC SERVICES** | |
| | | | | | JENNIFER INSOGNA |
| | | | | | BROOKE BRYANT |
| **CARD 13** | | | | | |
| This project was completed with assistance from the Georgia Film, Music & Digital Entertainment Office, | | | | | |

| | |
|---|---|
| | a division of the Georgia Department of Economic Development. |
| | |
| | Creative strategy in collaboration with Chandler Chicco Agency. |
| | |
| | SAG-AFTRA LOGO |
| | |
| | The characters and events depicted in this film are purely fictional, and do not portray any actual people or events. Any similarities to actual persons, living or dead, is purely conicidental. |
| | © 2025 A&E TELEVISION NETWORKS |
| | All rights reserved. All material is protected by the copyright laws of the United States, Canada and all countries throughout the world. Any unauthorized exhibition, distribution, or copying of this show or any part thereof (including soundtrack) is an infringement of the relevant copyright and may result in civil and/or criminal penalties. |
| | **CARD 16** |
| | SWIRL FILMS ANIMATED LOGO |
| | **CARD 17** |
| | GSK SLATE |
| | **CARD 18** |
| | MADE IN GEORGIA ANIMATED LOGO |
| | **CARD 19** |
| | LIFETIME ANIMATED LOGO |