UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES ROANE<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>A&E TELEVISION NETWORKS, LLC, SWIRL FILMS, LLC, and  JOHN DOES 1-10<br><br>　　　　　　　　Defendants. | Case No: 1:25-cv-5286-GHW |

## DECLARATION OF DAYNA C. COOPER

I, Dayna C. Cooper, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am counsel for Plaintiff in the above-captioned action

2. I submit this declaration in support of Plaintiff's Motion for Temporary Restraining Order and preliminary injunction and I am fully familiar with the facts set forth herein.

3. Attached hereto as **Exhibit 1** and **Exhibit 2** are true and accurate copies of the documents they purport to represent.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 27th day of June, 2025, in New York

| | |
|---|---|
| | Respectfully submitted<br><br>By: /s/Dayna Cooper<br>　　Dayna C. Cooper<br>　　COOPER LEGAL, LLC |

|  | 1 Olympic Place, Suite 900<br>Towson, MD 21204<br>(202) 642-5470<br>Dayna@CooperLegalSolutions.com<br>*Attorney for Plaintiff Charles Roane* |
|---|---|