had expired. That is categorically false. There was no expiration notice, no mutual release, and no conduct indicating a formal end to the Agreement. On the contrary, Haley was still relying on my professional services and exercising rights under the contract — particularly the exclusivity and creative control provisions.

7. Haley has a pattern of breaching or straining our agreement, only to later continue working with me. For example, in **July 2024**, I discovered she had secretly joined Netflix's *Building the Band* without informing me, despite the Agreement requiring my prior written approval for all televised appearances. This created a serious dispute between us.

8. Nevertheless, I chose not to terminate the relationship. Instead, my attorney drafted the **Second Amendment**, dated **July 15, 2024**, to address the conflict and extend our relationship under modified terms. Haley did not return the signed Second Amendment until **October 1, 2024**, after she returned from filming in the UK — yet we resumed working together without interruption. This clearly shows that we have had fallouts before but continued our collaboration afterward.

9. The same dynamic applied in 2025. Even with tensions building over Haley's undisclosed acting work, I continued to provide music services, fund projects, and coordinate strategy with her through the spring. The sudden June 4, 2025 "termination" notice from her attorney was the first and only such communication I received. It came **after** months of uninterrupted collaboration, and only after I raised questions about her role in *Pretty Hurts*.

10. Based on my financial contributions, continuous services, and Haley's consistent engagement with me through May 2025, I affirm that our agreement remained in full effect and was **not expired** or terminated as of the airing, production, or casting of *Pretty Hurts*.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27th day of June, 2025, in North Beach, Maryland.

*[signature]*

**Charles Roane**
North Beach, MD