UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                              :
  CHARLES ROANE,                                              :
                                                              :
                                         Plaintiff,           :            1:25-cv-5286-GHW
                                                              :
                   -against-                                  :            ORDER
                                                              :
  A&E TELEVISION NETWORKS, LLC, *et al.*,                     :
                                                              :
                                       Defendants. :
                                                              :
------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/27/25

GREGORY H. WOODS, District Judge:

  For the reasons stated on the record during the conference held on June 27, 2025, Plaintiff's

motion for a temporary restraining order, Dkt. No. 6, is DENIED.  The Clerk of Court is directed

to terminate the motion pending at Dkt. No. 6.

  SO ORDERED.

Dated:  June 27, 2025
New York, New York

                GREGORY H. WOODS
             United States District Judge