```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/7/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMORANDUM ENDORSED**

| | |
|---|---|
| CHARLES ROANE<br><br>                Plaintiff,<br><br>v.<br><br>A&E TELEVISION NETWORKS, LLC, SWIRL FILMS, LLC, and JOHN DOES 1-10<br><br>                Defendants. | Case No: 1:25-cv-5286-GHW<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, by and through undersigned counsel, hereby voluntarily dismisses this action without prejudice and without costs to any party, each side to bear its own attorneys' fees and expenses.

No Defendant has served an answer or filed a motion for summary judgment. Accordingly, dismissal without prejudice is proper under Rule 41(a)(1)(A)(i).

This dismissal is without prejudice to any and all rights, claims, causes of action, or remedies Plaintiff may have, whether known or unknown, and whether arising under contract, statute, or common law, including, without limitation, Plaintiff's right to seek attorneys' fees and costs in any subsequent or separate proceeding to the extent permitted by applicable law.

| DATED: July 7, 2025 | Respectfully submitted<br><br>By: /s/ Dayna C. Cooper<br>    Dayna C. Cooper (*pro hac vice*)<br>    COOPER LEGAL, LLC<br>    1 Olympic Place, Suite 900<br>    Towson, MD 21204<br>    (202) 642-5470<br>    Dayna@CooperLegalSolutions.com<br>    *Attorney for Plaintiff, Charles Roane* |
|---|---|

Plaintiff has voluntarily dismissed this case without prejudice pursuant to F.R.C.P. 41(a)(1)(A)(i). The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: July 7, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge